# EXHIBIT D

# EXHIBIT D

Leardon Boilers Works Inc.

479 Walton Avenue
Bronx, New York 10451
Phone (718) 585-5314
Fax (718) 585-5315

# Invoice

| DATE | INVOICE # |
|---|---|
| 8/30/2005 | 17759 |

| BILL TO |
|---|
| 25 East 21st Street Owners<br>C/O Cooper Square Realty, Inc.<br>6 East 43rd Street, 14th Floor<br>New York, New York 10017<br>Attention: Accounts Payable |

| TERMS | PROJECT | P.O. NO. X |
|---|---|---|
| Due on receipt | 25 East 21st Stre... | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| | Service Date: 06/01/2005 | 0.00 | 0.00 |
| | Boiler service contract effective June 1 2005 to June 1, 2006 | 1,695.00 | 1,695.00T |
| | Price for Agreement: | | |
| | Sales Tax | 8.375% | 141.96 |

BLDG # 101   GL CODE 601D
VENDOR CODE LEAR
PM APPROVAL / DATE
SUPER/RM APPROVAL / DATE
OWNER APPROVAL / DATE
ITEM # / DATE ENTERED
CHECK # / DATE

Thank you for your business

**Total**  $1,836.96

## GRAMERCY CONDO

CHECK NO. 10165

| INV.DATE | BUILDING ADDRESS | DESCRIPTION | INVOICE | VENDOR-BLD | G/L ACCT | AMOUNT |
|---|---|---|---|---|---|---|
| 102405 | 25 EAST 21ST STREE | 6/1/05 - 6/1/06 | 17759 | LEAR-640 | 6010 | 1836.96 |
| 102405 | 25 EAST 21ST STREE | OVERHAUL OIL BURNE | 17760 | LEAR-640 | 6010 | 367.39 |
| 102405 | 25 EAST 21ST STREE | BOILER#1 DEP.INSPE | 17959 | LEAR-640 | 6010 | 894.09 |
| 102405 | 25 EAST 21ST STREE | SEAL UP CHIMNEY BA | 17977 | LEAR-640 | 6010 | 331.63 |
| TO: LEARDON BOILER WORKS INC. | | | 10/24/05 NO.10165 | | | 3430.07 |

**SAVE THIS PART FOR YOUR RECORDS**