```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
HARTFORD FIRE INSURANCE COMPANY as         :
subrogee of THE ROSEN PUBLISHING GROUP,    :
INC.,                                      :     06 Civ. 7627 (DLC)
                                           :
              Plaintiff,                   :        ORDER OF
                                           :      DISCONTINUANCE
         -v-                               :
                                           :
AMERADA HESS CORPORATION                   :
                                           :
         and                               :
                                           :
ALLIED PETROLEUM TRANSPORT CORP. a/k/a     :
and/or d/b/a ALLIED EQUIPMENT CO.,         :
INC., ALLIED PETROLEUM CO., INC. and       :
ALLIED TRANSPORTATION, INC.                :
                                           :
         and                               :
                                           :
CONSOLIDATED EDISON COMPANY OF NEW         :
YORK, INC.                                 :
                                           :
         and                               :
                                           :
CONSOLIDATED EDISON, INC.                  :
                                           :
         and                               :
                                           :
THE GRAMERCY CONDOMINIUM                   :
                                           :
         and                               :
                                           :
COOPER SQUARE REALTY, INC.,                :
                                           :
              Defendants.                  :
                                           :
------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/07

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action be, and hereby is, discontinued without costs to either party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty days.

SO ORDERED:

Dated:   New York, New York
         September 27, 2007

                                        _____
                                                DENISE COTE
                                        United States District Judge